**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 15-4115-JFW (PJWx)**                              Date: June 8, 2015

Title:    Maria M. Flores De Ramirez -v- Select Portfolio Servicing, Inc., et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                             None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER TO SHOW CAUSE**

   Based on the representation of counsel for defendant in the Motion to Dismiss filed June 5, 2015 [Docket No. 9], it appears that plaintiff's counsel has violated the Court's Local Rules and the Court's Scheduling and Case Management Order by refusing to respond to counsel's efforts to comply with Local Rule 7-3.

   Accordingly, on or before June 15, 2015, John Earl Mortimer is ordered to show cause in writing by June 15, 2015 why he should not be sanctioned in the amount of $1,500.00 or why this action should not be dismissed.

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action


   IT IS SO ORDERED.




                                                                    Initials of Deputy Clerk   sr